IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SUSANNA GAXIOLA, individually and as Personal Representative for the Estate of Rene Gaxiola, and GABRIEL GAXIOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTERA PRODUCE, LTD., a foreign corporation; PRIMUS GROUP, INC., a foreign corporation, d/b/a "Primus Labs"; WALMART STORES, INC., a foreign corporation; WALMART STORES EAST, L.P., a foreign corporation; and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 1:12-cv-00236-KG-GBW |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice, the Court having reviewed same and being otherwise fully advised in the premises; the Court finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the Motion is Granted.

Dated this 18th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:

Counsel for Plaintiffs:

*/s/ Bruce T. Clark*
Marler Clark, LLP, PS
Bruce T. Clark
Admitted Pro Hac Vice

and

*/s/ Phillip G. Sapien*
Sapien Law, LLC
Phillip G. Sapien
Joseph A. Sapien

Counsel for Defendant Frontera Produce:
*/s/ Robert A. Corchine*
Miller Stratvert, PA
Robert A. Corchine

Counsel for Defendant Primus Group, Inc.:
*/s/ M. Eliza Stewart*
Madison & Mroz PA
Michael J. Dekleva
M. Eliza Stewart